*Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 75, Misc. CHAPMAN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Jay Goldberg* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 79, Misc. KING *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 82, Misc. BROOKS *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Solicitor General Marshall* for the United States.

No. 84, Misc. BELL *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 87, Misc. THOMAS *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 88, Misc. BEUFVE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Joe L. Harrell* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Mervyn Hamburg* for the United States.

No. 96, Misc. AGY *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 99, Misc. STEPHENS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosen-*